IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| TODD C. NISSEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. C07-4056-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Todd C. Nissen, take nothing and this action is dismissed.


Dated: June 9, 2008            ROBERT L. PHELPS
                               Clerk

                               /s/ des
                               (By) Deputy Clerk